```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
KASHON K. SQUIRE,

                    Plaintiff,
                                              ORDER
          -against-                           20-CV-4122(JS)(ST)

SHAQUAISUR BROOKS, CPS, 1ST PRESENT
POLICE DEPARTMENT, DEPARTMENT OF
SOCIAL SERVICES, and LINDA HOPE,

                    Defendants.
----------------------------------X
APPEARANCES:
For Plaintiff:      Kashon K. Squire, pro se
                    640783
                    Suffolk County Correctional Facility
                    110 Center Drive
                    Riverhead, New York 11901

For Defendants:     No appearances.
```

SEYBERT, District Judge:

By Order dated October 13, 2020 (the "Order"), the Court denied incarcerated pro se plaintiff Kashon K. Squire's ("Plaintiff") application to proceed in forma pauperis. (Order, D.E. 10.) The Court ordered Plaintiff to either remit the filing fee or renew his application to proceed in forma pauperis within thirty (30) days from the date of the Order. The Order also instructed Plaintiff to file the Prisoner Litigation Reform Authorization ("PLRA") form and to provide an updated address because mail sent to him at his address of record was returned to the Court as undeliverable. (Order at 2-3.) The Order warned that the Complaint will be dismissed without prejudice if Plaintiff

did not timely comply. (Order at 2-3.)

To date, Plaintiff has not filed the AO 239 long form <u>in forma pauperis</u> application, the PLRA form, has not paid the filing fee, nor has he otherwise communicated with the Court about this case. The Order was also returned to the Court and marked "Not Deliverable as Addressed," "Unable to Forward," and "Discharged." (D.E. 11.) Accordingly, it appears that Plaintiff is no longer interested in pursuing this case and the Complaint is thus DISMISSED WITHOUT PREJUDICE for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The Court directs the Clerk of the Court to enter judgment accordingly, mark this case CLOSED, and mail a copy of this Order to the <u>pro se</u> Plaintiff at his last known address.[1]

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore <u>in forma pauperis</u> status is DENIED for the purpose of any appeal. <u>See</u> <u>Coppedge v. United States</u>, 369 U.S. 438 (1962).

SO ORDERED.

       /s/ JOANNA SEYBERT
    JOANNA SEYBERT, U.S.D.J.

Dated: November  17 , 2020
       Central Islip, New York

---

[1] It is likely that this Order will also be returned to the Court. However, like all of the Orders in this case, it is also posted to the Court's Electronic Case Filing system and may be viewed there.